20 So.2d .895

**Felton NICHOLS v. STATE.**

5 Div. 212.

Court of Appeals of Alabama.
Nov. 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

18 So.2d 883

**Quinton, alias Quinnie NORWOOD v. STATE.**

6 Div. 62.

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

15 So.2d 924

**Louie (alias Lewis) Hilson ODOM v. STATE.**

4 Div. 816.

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

13 So.2d 900

**A. D. OSBORN v. STATE.**

7 Div. 757.

Court of Appeals of Alabama.
May 11, 1943.

Handy Ellis, of Columbiana, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

---

20 So.2d 896

**Lit. OWENS, Jr., v. STATE.**

6 Div. 161.

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

18 So.2d 883

**Albert PAGE v. STATE.**

6 Div. 41.

Court of Appeals of Alabama.
May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.